## TERRITORY OF HAWAII *v.* POLICARPIO AQUINO.

### No. 4035.

FILED JULY 11, 1959.                    DECIDED JULY 23, 1959.

### RICE, C. J., STAINBACK AND MARUMOTO, JJ.

*Per Curiam.* The petition for rehearing in the above-entitled cause is denied without argument. The petition is deemed repetitious of matters fully briefed, argued by counsel on the hearing on appeal and fully considered by the court.

*James A. King* (*Bouslog & Symonds* with him on the briefs) for the petition.